AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JONATHAN MITCHELL ANDERSON,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV623-58

COMMISSIONER MICHAEL W. NAIL,

Respondent,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court entered on April 16, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court denies Petitioner's 28 U.S.C. § 2254 petition as well as a COA. This civil action stands closed.



April 16, 2024  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020